IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marie Claire Uwamahoro , ) | No.  CV-26-01557-PHX-SPL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Kristi Noem, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff filed a Complaint in this matter in the United States District Court for the District of Columbia on November 29, 2025 (Doc. 1). On February 17, 2026, the court granted a consent motion to transfer this case to the District of Arizona and ordered that the time to file an answer or otherwise respond was thirty days after the action was docketed in the transferee district. (Doc. 8). The case was docketed in this Court on March 6, 2026, (Doc. 10), no answer has been filed, and Plaintiff has taken no other action in this matter. Accordingly,

///

///

///

///

///

///

///

**IT IS ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed in its entirety for failure to prosecute no later than **April 22, 2026**, unless a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure or an application for entry of default pursuant to Rule 55(a) is filed within such time.

Dated this 9th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

2