IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Marie Claire Uwamahoro,

Plaintiff,

vs.

Kristi Noem, et al.,

Defendants.

No. CV-26-01557-PHX-SPL

**ORDER**

Having reviewed the Notice of Voluntary Dismissal (Doc. 18),

**IT IS ORDERED** that this matter is **dismissed without prejudice** in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action accordingly.

Dated this 25th day of August, 2026.

Honorable Steven P. Logan
United States District Judge